

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2018

No. 04-18-00344-CV

John B. **URBAHNS**,
Appellant

v.

**LSREF2 COBALT (TX), LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's reply brief was due on December 27, 2018. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for an extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on January 10, 2019. *See id.* R. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court